CHRISTOPHER LANE, *ET AL.*, PETITIONERS, v. CARL HOLDERMAN, COMMISSIONER, *ETC.*, RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 40 *N. J. Super.* 329.

*Messrs. Gilhooly, Yauch & Fagan* and *Mr. Daniel A. Degnan* for the petitioners.

*Mr. Grover C. Richman, Jr.,* and *Mr. John F. Crane* for the respondent.

September 10, 1956.

OLIVIA WRIGHTSON SWITZ, PLAINTIFF-RESPONDENT, v. TOWNSHIP OF MIDDLETOWN, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 40 *N. J. Super.* 217.

*Messrs. Roberts, Pillsbury & Carton* for the petitioners.

*Mr. Grover C. Richman, Jr.,* and *Mr. John F. Crane* for the respondent.